CFN

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 22 AM 10: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. '08 MJ 1608 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Jose Luis LORENZO,** | ) | Attempted Entry After |
| | ) | Deportation |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 20, 2008** within the Southern District of California, defendant, **Jose Luis LORENZO,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near the San Ysidro, California Port of Entry, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **MAY, 2008**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

FW

**CONTINUATION OF COMPLAINT:**
**Jose Luis LORENZO**

## PROBABLE CAUSE STATEMENT

On May 20, 2008, at approximately 9:45 p.m., Border Patrol Agent D. Vargas, was performing line watch duties in an area known as "58 Flats." This area is approximately one and a half miles west of the San Ysidro, California, Port of Entry and is approximately one-hundred yards north of the United States/Mexico International Boundary Fence.

At approximately 9:50 p.m., Agent Vargas responded to an infrared-night vision scope operator observation, of four individuals that jump the United States/Mexico International boundary fence. After Agent Vargas arrived and conducted a brief search he found four individuals lying down. Agent Vargas identified himself as a United States Border Patrol Agent, and began to conduct an immigration inspection. All four individuals including one later identified as defendant **Jose Luis LORENZO**, admitted to being nationals and citizens of Mexico withoutany documents to enter or remain in the United States legally. All four individuals were placed under arrest transported to the Border Patrol Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 31, 2007** through **Nogalez, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.